DEFENDANT: JOHN EDDIE DAWSON, JR.
CASE NUMBER: 1:07-CR-52-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 65 months.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

FILED 2008 AUG 14 A 8:20

# RETURN

I have executed this judgment as follows:

Defendant delivered on 2-20-08 to FCI 61 min at Glenville, WV, with a certified copy of this judgment.

Kuma De boo
UNITED STATES MARSHAL
Warden

By _____
DEPUTY UNITED STATES MARSHAL