# U.S. PROBATION OFFICE

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** John Eddie Dawson, Jr.   **Docket Number:** 1:07-CR-052-01

**Name of Sentencing Judicial Officer:** The Honorable Harry S. Mattice, Jr.
United States District Judge

**Date of Original Sentence:** October 29, 2007

**Original Offense:** Felon in Possession of a Firearm

**Class:** Class C Felony

**Criminal History Category:** IV

**Original Sentence:** The defendant was sentenced to 65 months custody followed by three (3) years of supervised release with no special conditions.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** July 20, 2012

**Date Probation Expires:** July 19, 2015

**Assistant U.S. Attorney:** Christopher D. Poole

**Defense Attorney:** Federal Defender Services

*******************************************

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

> **The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse as directed by the United States Probation Officer, until such time as the defendant is released from the program by the Probation Officer.**

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM**     Page 2
**OF SUPERVISION WITH CONSENT OF OFFENDER**
**Name of Offender:** John Eddie Dawson, Jr.     **Docket Number:** 1:07-CR-052-001

## CAUSE

On October 29, 2007, the defendant was sentenced to a term of sixty-five months custody followed by three years of supervised release; however, no special conditions were ordered. On November 20, 2012, Mr. Dawson was given a random drug screen at his residence. The screen was positive for four controlled substances, two of which, Mr. Dawson did not have a prescription for. The defendant admitted that he had tried some methamphetamine recently. Mr. Dawson requested substance abuse treatment at that time. Due to the defendant's limited resources, he cannot pay for this type of service. Therefore, to assist the defendant with the financial responsibility for substance abuse treatment, the inclusion of this special condition of supervised release is needed.

Respectfully submitted,

 /s/ Kevin Matherly
Kevin Matherly
United States Probation Officer

APPROVED:

/s/Elizabeth D. Miller     December 6, 2012

Elizabeth D. Miller     Date
Supervising United States Probation Officer

ORDER OF COURT:

The conditions of supervision are hereby modified as follows:

> **The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse as directed by the United States Probation Officer, until such time as the defendant is released from the program by the Probation Officer.**

So ordered.

**ENTER.**

                                             */s/Harry S. Mattice, Jr.*
                                             HARRY S. MATTICE, JR.
                                           UNITED STATES DISTRICT JUDGE