# U.S. PROBATION OFFICE

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** John Eddie Dawson, Jr.  **Docket Number:** 1:07-CR-052-01

**Name of Sentencing Judicial Officer:**  The Honorable Harry S. Mattice, Jr.
United States District Judge

**Date of Original Sentence:** October 29, 2007

**Original Offense:** Felon in Possession of a Firearm

**Class:** Class C Felony  **Criminal History Category:** IV

**Original Sentence:** The defendant was sentenced to 65 months custody followed by a three-year term of supervised release with no special conditions.

**Modification 12/7/2012:** The defendant's conditions of supervised release were modified to include a special condition for substance abuse testing and/or treatment.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** July 20, 2012

**Date Probation Expires:** July 19, 2015

**Assistant U.S. Attorney:** Christopher D. Poole

**Defense Attorney:** Federal Defender Services

**Revocation Guideline Range:** 12 to 18 months  **Statutory Maximum:** 24 months

*******************************************

## PETITIONING THE COURT

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Standard Condition #7:** The defendant shall not purchase, possess, use, or distribute any controlled substance or any paraphernalia related to controlled substances. |

On November 20, 2012, Mr. Dawson was given a random drug screen by this probation officer at his residence. The test revealed a positive result for methamphetamine, amphetamine, benzodiazepines, and opiates. Mr. Dawson admitted that he had used methamphetamine "one time recently." He then advised that he wished to attend substance abuse treatment. The defendant had a current prescription for hydrocodone at the time of this test. Since Mr. Dawson admitted the drug use and requested treatment, a substance abuse treatment contract was submitted to Hiwassee Mental Health in Athens, Tennessee at no cost to Mr. Dawson.

**II**          **Special Condition:** The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse.

According to officials with Hiwassee Mental Health, Mr. Dawson did not show for his substance abuse counseling session scheduled for February 14, 2013. The defendant did not contact the counseling center or the probation office to advise he would not make this appointment.

**III**          **General Condition:** The defendant shall not commit another federal, state, or local crime.

On March 8, 2013, the probation office was notified that the defendant had been arrested on February 25, 2013. According to officials with the Athens, Tennessee Police Department, the defendant has been charged with Burglary and Theft Over $1,000. Both of these charges are felony offenses and Mr. Dawson remains in custody in the McMinn County Jail. Additional charges may be forth coming as the police department is also gathering information concerning the defendant and his brother, Danny Dawson, in the production of methamphetamine.

**Assessment of Flight/Danger and Bond Recommendation:** The defendant's criminal history includes absconding from parole; therefore, he may be considered a flight risk. Due to his new criminal conduct, drug use, and failing to responsibility address this drug use at counseling, Mr. Dawson is also a danger to the community. There does not appear to be any conditions that would allow the defendant to be placed on bond while providing protection of the public; therefore, detention is recommended.

Petitioning the Court to order:

That a **Warrant** be issued and the defendant be ordered to appear in court for a hearing to determine whether the term of supervision should be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 12, 2013.

Respectfully submitted,

_James Kevin Matherly_
_2013.03.12 14:12:15 -04'00'_
_____

Kevin Matherly
U.S. Probation Officer

**Petition for Warrant for Offender under Supervision**      **Page 3**
**Name of Offender:** John Eddie Dawson, Jr.      **Docket Number:** 1:07-CR-052-001
APPROVED:

*Janet F. Landers*
Janet F. Landers
2013.03.12 14:04:46
-04'00'

_____
Janet F. Landers      Date
Supervising U.S. Probation Officer

---

**ORDER OF COURT:**

A **Warrant** is to be issued and the defendant is ordered to appear in court for a hearing to determine whether the term of supervision should be revoked. This petition is to be placed under seal until the defendant is arrested or appears in court.

So ordered.

**ENTER.**

                         _____/s/Harry S. Mattice, Jr._____
                         HARRY S. MATTICE, JR.
                         UNITED STATES DISTRICT JUDGE