U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**REVOCATION HEARING:** Case No. 1:07-cr-52

USA v. John Eddie Dawson, Jr.

**PRESENT:** Honorable Harry S. Mattice, Jr. ✔ U.S. District Judge OR ☐ U.S. Magistrate Judge

| Terra Bay | Anthony Martinez | Kevin Matherly/Janet Landers |
|---|---|---|
| Assistant U.S. Attorney | Attorney for Defendant | Probation Officer |
| Stefanie Capetz | Shannan Andrews | |
| Courtroom Deputy | Court Reporter | Interpreter _____ **SWORN** |

**PROCEEDINGS:** ✔ Revocation hearing on SUPERVISED RELEASE/PROBATION   ✔ Deft Admits OR ☐ Deft Denies violations

✔ Court finds deft has violated conditions and ORDERS release REVOKED

✔ Deft speaks OR ☐ Deft declines to speak

**TESTIMONY BY:** _____

_____ Exhibits attached to minutes   _____ Exhibits in vault

**IMPRISONMENT:** 15 MONTHS on COUNT(s) _____

**SUPERVISED RELEASE/PROBATION:** _____ YEARS on COUNT(s) _____

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☐ report to Probation Officer w/in 72 hrs of release
☐ not commit another federal, state or local crime
☐ abide by standard conditions on Local Rule 83.10
☐ not possess a firearm or other destructive device
☐ not illegally possess or use a controlled substance
☐ participate in collection of DNA
☐ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☐ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☐ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** _____

**RESTITUTION:** _____

**OTHER MATTERS:** _____

Deft ☐ remanded to custody of U.S. Marshal ✔ remained in custody ☐ remained on bond

Deft to self-report on or before _____ at _____ ☐ Deft informed of right to appeal

Time: 2:00 to 2:10   Date: 10/21/2013